UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/09
```

FISCHER & MANDELL LLP,

                Plaintiff,

-v-

CITIBANK, N.A.,

                Defendant.

No. 09 Civ. 1160 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

        The Court is in receipt of Plaintiff's letter, dated March 24, 2009, on behalf of the Parties in this matter. The Court grants the Parties' request that the submission of the Case Management Plan and Scheduling Order be deferred until after the resolution of the contemplated motions. The Parties are reminded that there is a conference scheduled for April 15, 2009 at 5:00 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      March 24, 2009
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE