| | |
|---|---|
| STATE OF NEW YORK, | AFFIDAVIT OF SERVICE |
| COUNTY OF NEW YORK. | BY FIRST CLASS MAIL. |

    Michael W. Antonivich, being duly sworn, says: that I am over the age of eighteen years, and am not a party herein, and reside in Bronx County, New York and that on the 15th day of May, 2009, I served a true copy of the within **DEFENDANT CITIBANK'S NOTICE OF MOTION FOR SUMMARY JUDGMENT, DECLARATIONS AND EXHIBITS, STATEMENT PURSUANT TO LOCAL RULE 56.1 AND NOTICE PURSUANT TO LOCAL RULE 56.2** upon the attorneys hereinafter named at the place hereinafter stated by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, into the exclusive care and custody of a depositary maintained and controlled by the United States Post Office for delivery by first class mail to said attorneys at its last known address given below:

BARRY J. FISCHER, ESQ.
FISCHER & MANDELL LLP
Attorneys for Plaintiff
550 Fifth Avenue, 6th Floor
New York, New York 10036

                   _____
                   MICHAEL W. ANTONIVICH

Sworn to before me this
15 day of March, 2009

_____
NOTARY PUBLIC

PETER JANOVSKY
Notary Public, State of New York
No. 31-4949976
Qualified in New York County
Commission Expires April 17, 2011